Edwin F. Lawrence et al., appellants, v. Lelia S. Wolfersperger, executrix of the last will and testament of Aaron A. Wolfersperger, deceased, et al., appellees. Gen. 7,692.

Appeal from order classifying claims against an estate. Appeal from the Circuit Court of Whiteside county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed August 4, 1927. Rehearing denied and opinion slightly modified October 19, 1927.

Carl E. Sheldon, McCalmont & Ramsay, Jacob Cantlin and H. A. Brooks, for appellants. Ward, Ward & Ward, for appellees; A. J. Scheineman, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Fred L. Rupel, plaintiff in error. Gen. No. 7,694.

Conviction of unlawful possession and sale of intoxicants. Error to the County Court of Du Page county; the Hon. S. L. Rathje, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.

Raphael W. Marrow, for plaintiff in error. C. W. Reed, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

The County of Whiteside, Illinois, appellant, v. The County of Lee, Illinois, appellee. Gen. No. 7,716.

Action to recover share of repair cost for bridge near county line. Judgment for defendant. Appeal from the Circuit Court of Lee county; the Hon. William J. Emerson, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed September 29, 1927. Rehearing denied November 8, 1927.

Robert W. Besse, State's Attorney, for appellant. Mark C. Keller, State's Attorney, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Lizzie Landretto, appellee, v. First Trust & Savings Bank of Chicago, appellant. Gen. No. 7,723.

Reference in divorce suit to determine ownership of bank account. Decree for complainant against bank defendant. Appeal from the Circuit Court of Rock Island county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.

Marshall & Marshall, for appellant. Connelly, Weld, Walker, Searle & Crampton, for appellee; H. A. Weld, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.